OFFICE     COPY     zmend


OC7831662

RECORD #: 3-BO-7831662                    RELATED RECORDS: 7831670
RECIPIENT: **THE UNITED STATES OF AMERICA**     CLASS: **DEFENDANT**
                                          DATE RECEIVED: **01/04/2023**

| ADDRESS 1: | C/O U.S. ATTORNEY 271 CADMAN PLAZA EAST BROOKLYN, NY 11201 |

OFFICE INFORMATION:   BY:**01/13/2023**   DUE:**02/24/2023**   INDEX#:**01/03/2023**   COURT: /   /
**DO NOT FILE!**
RECEIVED BY FAX / EMAIL
Zev
RECEIVED JANUARY 4
EXTRA COPY SAVED IN JOB

SERVICE CODES:   SERVER: **413-NORBERTO MALDONADO**   PHONE: **917-459-2610**   COORDINATOR: **Linda Dalton**

# ***GET STAMPED COPY*** &

RETURN

CLIENT: BLOCK & O TOOLE & MURPHY LLC          PHONE: 212-736-5300 -- FILE#: 4736
CONTACT: Marina Pritsker                       CONTACT EMAIL: mpritsker@blockotoole.com
TEAM: **Caren**                                DIVISION: PMI

COURT: **U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK NEW YORK**     INDEX#: **1:23-CV-00023**
PLAINTIFF: **ALTAY KARABAY**                   CLASS: **PLAINTIFF**
DEFENDANT: **THE UNITED STATES OF AMERICA**    CLASS: **DEFENDANT**

DOCUMENTS:
CIVIL COVER SHEET
SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT AND JURY DEMAND

DATE SERVED: **01/05/2023**          TIME: **12:50PM**

THIRD PARTY: **JOHN DOE (REFUSED FULL NAME)**     TITLE: **US MARSHALL**
ATTEMPTS TO SERVE, DATE AND TIME                   SEX: **MALE**
                                                   COLOR: _____
   /  /                                            HAIR: **BALD**
                                                   AGE: **60**
   /  /                                            HEIGHT: **5'5**
                                                   WEIGHT: **170**
   /  /                                            OTHER: _____

_____
_____
_____
_____
_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Altay Karabay <br><br> *Plaintiff(s)* <br> v. <br> The United States of America <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:23-cv-00023 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America
c/o U.S. Attorney
147 Pierrepont Plaza
Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BLOCK O'TOOLE & MURPHY
One Penn Plaza, Suite 5315
New York, NY 10119
(212) 736-5300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/04/2023

*Signature of Clerk or Deputy Clerk*

United States Attorney's Office
Eastern District of New York
271A Cadman Plaza East
Brooklyn, NY 11201